RECEIVED
IN LAKE CHARLES, LA
FEB 13 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BASF AGROCHEMICAL PRODUCTS B.V. and BASF CORPORATION | : | DOCKET NO. 05 CV 1478 |
| VS. | : | JUDGE MINALDI |
| MICHAEL T. UNKEL; MICHAEL W. UNKEL; KINDER CANAL COMPANY, INC.; AND KENNETH McCOWN | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM ORDER

Before the court is Defendants' Motion for Reconsideration [Doc. 75] of this court's November 16, 2005 ruling from the bench that Plaintiffs have standing to sue under the Patents-in-Suit and the PVPA's-in-Suit.

Reconsideration of a judgment pursuant to Federal Rule of Civil Procedure 59(e) is an extraordinary remedy that should be used sparingly. *Templet v. HydroChem Inc.*, 367 F.3d 473, 479 (C.A.5 (La.),2004) (citations omitted). Such a motion "serves the narrow purpose of allowing a party 'to correct manifest errors of law or fact or to present newly discovered evidence.'" *Waltman v. International Paper Co.*, 875 F.2d 468, 473 (C.A.5 (La.),1989) (quoting *Keene Corp. v. International Fidelity Insurance Co.*, 561 F.Supp. 656, 665 (N.D.Ill.1982), *affd.* 735 F.2d 1367 (7th Cir.1984)).

Defendants' arguments regarding standing have already been submitted to and considered by this court. Further, Defendants have presented no newly discovered evidence to warrant the

extraordinary relief associated with the granting of a motion for reconsideration.

Accordingly, Defendants' Motion for Reconsideration IS DENIED.

Lake Charles, Louisiana, this 13 day of February, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE