
RECEIVED
IN LAKE CHARLES, LA
MAY 2 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BASF AGROCHEMICAL PRODUCTS B.V. and BASF CORPORATION | : | DOCKET NO. 05 CV 1478 |
| VS. | : | JUDGE MINALDI |
| MICHAEL T. UNKEL; MICHAEL W. UNKEL; KINDER CANAL COMPANY, INC.; AND KENNETH McCOWN | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the court's November 16 ruling from the bench and for the reasons more fully set out in the court's written reasons filed contemporaneously herewith,

IT IS ORDERED that the plaintiffs' motion for preliminary injunction is GRANTED.

Lake Charles, Louisiana, this 18 day of May, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE