RECEIVED
IN LAKE CHARLES, LA

JUL 21 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BASF AGROCHEMICAL PRODUCTS B.V. AND BASF CORPORATION** | : | **DOCKET NO. 2:05 CV 1478** |
| VS. | : | JUDGE MINALDI |
| **MICHAEL T. UNKEL, MICHAEL W. UNKEL, KINDER CANAL COMPANY, INC. AND KENNETH McCOWEN** | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion for Summary Judgment on State Law Claims [doc. 133] filed by Michael T. Unkel ("Mr. Unkel") IS DENIED.

Lake Charles, Louisiana, this 21 day of July, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE