

RECEIVED
IN LAKE CHARLES, LA

JUN 2 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BASF AGROCHEMICAL PRODUCTS B.V. AND BASF CORPORATION; THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; and MGI PHARM, INC.** (*involuntary plaintiff*) | : | **DOCKET NO. 2:05 CV 1478** |
| VS. | : | JUDGE MINALDI |
| **MICHAEL T. UNKEL, MICHAEL W. UNKEL, KINDER CANAL COMPANY, INC. AND KENNETH MCCOWN** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion for Summary Judgment on Patent Claims [doc. 147] filed by the defendants IS DENIED.

Lake Charles, Louisiana, this ___ day of July, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE