RECEIVED
IN LAKE CHARLES, LA
JUL 2 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BASF AGROCHEMICAL PRODUCTS B.V. AND BASF CORPORATION; THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; and MGI PHARM, INC. (*involuntary plaintiff*) | : | DOCKET NO. 2:05 CV 1478 |
| VS. | : | JUDGE MINALDI |
| MICHAEL T. UNKEL, MICHAEL W. UNKEL, KINDER CANAL COMPANY, INC. AND KENNETH MCCOWN | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, the Motion for Summary Judgment on the 2004 Claims [doc. 148] filed by the defendants IS DENIED.

Lake Charles, Louisiana, this 24 day of July, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE